SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682

Attorneys for Plaintiff
CAROLYN MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MARTIN,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SUP SONG AND YONG JA SONG, TRUSTEES OF THE 2006 SONG FAMILY TRUST; and DOES 1-25, Inclusive,<br><br>　　　Defendants.<br>_____/ | CASE NO. C 09-01654 WHA<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP section 41 (a) (1) (ii) |

　　　Plaintiff Carolyn Martin and defendant Insup Song and Yong Ja Song, Trustees of the 2006 Song Family Trust (erroneously sued as "Sup Song and Yong Ja Song, Trustees of the 2006 Song Family Trust") , by and through their attorneys of record, file this Stipulation and Order for Dismissal pursuant to Federal Rule of Civil Procedure section 41 (a) (1) (ii).

　　　Plaintiff filed this lawsuit on April 15, 2009.

　　　Plaintiff and defendant have entered into a "Mutual Release And Settlement Agreement" which settles all aspects of the lawsuit against defendant. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. Plaintiff and defendant stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

　　　Plaintiff moves to dismiss with prejudice the lawsuit against defendant.

Stipulation And Order For Dismissal

1  Defendant, who has answered the Complaint, agrees to the dismissal with
2  prejudice.
3  This case is not a class action, and no receiver has been appointed.
4  This Stipulation and Order may be signed in counterparts, and facsimile or
5  electronically transmitted signatures shall be as valid and as binding as original
6  signatures.
7  Wherefore, plaintiff and defendant, by and through their attorneys of record,
8  so stipulate.

Date: 8/6/09

SIDNEY J. COHEN
PROFESSIONAL CORPORATION
/s/ Sidney J. Cohen

_____
Sidney J. Cohen
Attorney for Plaintiff Carolyn Martin

Date: 8/6/09

LOSEH & EHRLICH
/s/ Joseph Ehrlich

_____
Joseph Ehrlich
Attorney for Defendant Insup Song and
Yong Ja Song, Trustees of the 2006
Song Family Trust

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED:

The lawsuit against defendant is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement."

Date:   August 7, 2009

William _____
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge William Alsup

The Court will retain jurisdiction over this matter for one year only.

Stipulation And Order For Dismissal                -1-